Lloyd KERNS, Respondent,

v.

Nancy ADMIRE & Mickey Admire, Appellants.

No. WD 37791.

Missouri Court of Appeals, Western District.

Aug. 6, 1986.

Martin M. Bauman, St. Joseph, for appellants.

Robert D. Colley, St. Joseph, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and GAITAN, JJ.

### ORDER

PER CURIAM:

Direct appeal from award of damages for injury to real property. Judgment affirmed. Rule 84.16(b).